1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6 SAN JOSE DIVISION

7

8 UNITED STATES OF AMERICA,  Case No. 20-mj-70278-MAG-2  (VKD)

Plaintiff,

9

10 v.  **DETENTION ORDER**

11 HECTOR ESTRADA CERVANTES,

Defendant.

12

13

14     The United States moves for detention of defendant Hector Estrada Cervantes.  The Court

15 held a hearing on the government's motion on March 11, 2020.  Dkt. No. 5.  Mr. Estrada

16 Cervantes was present at the hearing, assisted by a Spanish language interpreter, and represented

17 by counsel.  *Id.*  Mr. Estrada Cervantes waived written findings, and the United States did not

18 object to that waiver.

19     The parties agree that, based on the offenses charged in the indictment, there is a rebuttable

20 presumption of detention based on danger and risk of flight.  18 U.S.C. § 3142(e)(3)(A).  The

21 Court has considered the parties' presentations and proffers of evidence, as well as the factual

22 findings contained in the report of Pretrial Services, which the Court hereby adopts.  The Court

23 has considered the factors set forth in 18 U.S.C. § 3142(g).  For the reasons stated on the record

24 during the hearing, the Court concludes that Mr. Estrada Cervantes has not rebutted either

25 presumption, nor has he proffered any evidence that would permit the Court to identify and

26 impose conditions or a combination of conditions that would reasonably assure the safety of others

27 and the community and Mr. Estrada Cervantes's appearance for court.  Accordingly, the Court

28 concludes that Mr. Estrada Cervantes's detention is warranted.

Mr. Estrada Cervantes is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Mr. Estrada Cervantes shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the government, the person in charge of the corrections facility shall deliver Mr. Estrada Cervantes to the United States Marshal for the purpose of appearances in connection with court proceedings.

**IT IS SO ORDERED.**

Dated: March 11, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge